```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 16122
  REGINA H HANNAH
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
  SSN XXX-XX-5707


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/23/2004 and was confirmed 08/25/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.04%.

     The case was paid in full 10/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE MORTGAGE ARRE   11935.48       1592.29       11935.48
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00            .00            .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE    5287.96            .00        5287.96
DELL FINANCIAL           SECURED            300.00           .00         300.00
DELL FINANCIAL           UNSECURED OTH      656.54           .00         328.48
ALPHA COMMUNICATIONS INC UNSECURED       NOT FILED           .00            .00
AMERICAN GENERAL FINANCE UNSECURED         2116.71           .00        1059.12
ARROW FINANCIAL SERVICES UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING  UNSECURED          460.00           .00         230.17
CITY OF CHICAGO PARKING  UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON      UNSECURED       NOT FILED           .00            .00
FIRST NORTHERN CREDIT UN UNSECURED         1333.00           .00         666.98
WORLD FINANCIAL NETWORK  UNSECURED          541.38           .00         270.88
PEOPLES GAS LIGHT & COKE UNSECURED OTH     1070.81           .00         107.08
RESURGENT ACQUISITION LL UNSECURED          838.60           .00         419.60
TARGET                   UNSECURED       NOT FILED           .00            .00
TOYOTA MOTOR CREDIT CO   UNSECURED        12677.39           .00        6343.26
AT & T BANKRUPCTY        UNSECURED          450.28           .00         225.30
COUNTRYWIDE HOME LOANS   COST OF COLLE        .00            .00            .00
ERNESTO D BORGES JR      DEBTOR ATTY      2,294.00                     2,294.00
TOM VAUGHN               TRUSTEE                                       1,739.45
DEBTOR REFUND            REFUND                                          474.95

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      33,275.00

PRIORITY                                              .00
SECURED                                         17,523.44
    INTEREST                                     1,592.29

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 16122 REGINA H HANNAH
```

```
UNSECURED                                               9,650.87
ADMINISTRATIVE                                          2,294.00
TRUSTEE COMPENSATION                                    1,739.45
DEBTOR REFUND                                             474.95
                                  ---------------   ---------------
TOTALS                                  33,275.00         33,275.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/28/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE